IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. JENSEN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>YATES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-05-1111 AWI DLB P<br><br>ORDER DISREGARDING MOTIONS<br><br>[Docs. 12, 14] |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On September 9, 2005, plaintiff filed a document entitled, "Motion - Plaintiff's Second Informational Notice to this Court." On September 29, 2005, plaintiff filed a document entitled, "Motion - Plaintiff's First Informational Notice in Support of the Civil Rights Complaint." The court has carefully reviewed plaintiff's motions and cannot ascertain any relief requested. The Court notes the contents thereof but otherwise, plaintiff's motions shall be disregarded.

　　　IT IS SO ORDERED.

　　　**Dated:　August 24, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE