UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WILLIAMS JENSEN,<br><br>        Plaintiff,<br><br>vs.<br><br>J. YATES, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-01111-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 11) |

    Plaintiff, Paul Williams Jensen ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 22, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 22, 2006, are ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed September 6, 2005, is DENIED, without prejudice, as PREMATURE.

IT IS SO ORDERED.

**Dated:   August 28, 2006**             /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE